# EXHIBIT A

Case 1:25-cv-02262-LLA     Document 1-1     Filed 07/16/25     Page 2 of 8



March 12, 2025

**VIA EMAIL**

FOIA/PA Request
FOIA and Transparency
Department of the Treasury
Washington, DC 20220
FOIA@treasury.gov

U.S. Office of Personnel Management
1900 E Street, NW
OPIM/FOIA Room 5H35
Washington, D.C. 20415
foia@opm.gov

U.S. Department of Energy
FOIA Request Service Center
1000 Independence Avenue, SW
Mail Stop MA-46
Washington, DC 20585
FOIA-Central@hq.doe.gov

U.S. Department of Labor
Office of the Solicitor
Division of Management and
Administrative Legal Services
200 Constitution Ave. NW
Room N-2420
Washington, DC 20210
foiarequests@dol.gov

U.S. Department of Transportation
1200 New Jersey Ave. SE, W94-122
Washington, DC 20590
ost.foia@dot.gov

Consumer Financial Protection Bureau
Attn: Chief FOIA Officer
1700 G St. NW
Washington, DC 20552
FOIA@consumerfinance.gov

Office of Management and Budget
725 17th Street NW, Suite 9272
Washington, DC 20503
OMBFOIA@omb.eop.gov

U.S. Agency for International Development
1300 Pennsylvania Avenue, NW
USAID Annex, M/MS/IRD, Room 2.4.0A
Washington, DC 20523
foia@usaid.gov

**VIA FOIA.GOV**

Alexis Graves
U.S. Department of Agriculture
1400 Independence Ave. SW
Room 4039-A
Washington, DC 20250-0706
Via FOIA.gov

Bobbie Parsons
IOS FOIA Officer
U.S. Department of Commerce
1401 Constitution Avenue NW
Room 61013
Washington, DC 20230
Via FOIA.gov

FOIA Officer
U.S. Department of the Interior
1849 C St. NW, MS-7328, MIB
Washington, DC 20240
Via FOIA.gov

Department of Veterans Affairs
Freedom of Information Act Services (005R1C)
811 Vermont Ave. NW
Washington, DC 20420
Via FOIA.gov

**VIA ONLINE PORTAL**

U.S. General Services Administration
FOIA Requester Service Center (LG)
1800 F Street, NW, 7308
Washington, D.C. 20405



1030 15th Street NW, Suite B255, Washington, DC 20005   |   AmericanOversight.org

Via Online Portal

U.S. Department of Education
Office of the Executive Secretariat
FOIA Service Center
400 Maryland Avenue, SW,
LBJ 7W106A
Washington, DC 20202
ATTN: FOIA Public Liaison
Via Online Portal

Department of Health and Human Services
Hubert H. Humphrey Building, Room 729H
200 Independence Ave. SW
Washington, DC 20201
Via Online Portal

U. S. Department of State
Office of Information Access Liaison, A/SKS/IAP/IAL
2201 C Street N.W., Suite B266
Washington, D.C. 20520
Via Online Portal

U.S. Department of Housing and Urban Development
Freedom of Information Act Office
451 7th St. SW, Room 10139
Washington, DC 20410-3000
Via Online Portal

Douglas Hibbard
Chief, Initial Request Staff
Office of Information Policy
Department of Justice
6th Floor
441 G St NW
Washington, DC 20530
Via Online Portal

Department of Defense
OSD/JS FOIA Requester Service Center
Office of Freedom of Information
1155 Defense Pentagon
Washington, DC 20301
Via Online Portal

Department of Homeland Security
Privacy Office, Mail Stop 0655
Department of Homeland Security
2707 Martin Luther King Jr. AVE SE
Washington, DC 20528-065
Via Online Portal

**Re: Freedom of Information Act Request**

Dear FOIA Officer(s):

Pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and the implementing regulations of your agency, American Oversight makes the following request for records.

In an Inauguration Day executive order, President Trump integrated the Department of Government Efficiency (DOGE) into the U.S. DOGE Service (USDS, formerly U.S. Digital Service).[1] This executive order gave the head of each federal agency 30 days to

---

[1] *See, e.g.*, Soo Rin Kim, *New Details on Musk's DOGE Agency Raise Questions About Its Scope, Transparency,* ABC News (Jan. 23, 2025, 8:46 PM), https://abcnews.go.com/US/new-details-musks-doge-agency-raise-questions-scope/story?id=118046176.

establish a "DOGE Team" to coordinate their agency's work with USDS.[2] American Oversight seeks records on these DOGE teams.

**Requested Records**

American Oversight requests that your agency produce the following records within twenty business days:

> Records sufficient to identify the names and titles of all individuals selected by your agency to serve on your agency's DOGE team.[3]
>
> **Please provide all responsive records from January 20, 2025, through the date the search is conducted.**

**Fee Waiver Request**

In accordance with 5 U.S.C. § 552(a)(4)(A)(iii) and your agency's regulations, American Oversight requests a waiver of fees associated with processing this request for records. The subject of this request concerns the operations of the federal government, and the disclosures will likely contribute to a better understanding of relevant government procedures by the general public in a significant way. Moreover, the request is for non-commercial purposes.

American Oversight requests a waiver of fees because disclosure of the requested information is "in the public interest because it is likely to contribute significantly to public understanding of operations or activities of the government."[4] The public has a significant interest in the membership and makeup of the teams tasked with implementing DOGE's agenda at federal agencies.[5] Records with the potential to shed light on this matter would contribute significantly to public understanding of operations of the federal government, including who is in charge of implementing DOGE's agenda at federal agencies. American Oversight is committed to transparency and makes the responses agencies provide to FOIA requests publicly available, and the public's understanding of the government's activities would be enhanced through American Oversight's analysis and publication of these records.

This request "is not primarily in the commercial interest of the requester."[6] In fact, as a 501(c)(3) nonprofit, American Oversight does not have a commercial purpose, and the

---

[2] *See, e.g.,* Jory Heckman, *Trump Installs DOGE Within White House, Scrapping Plan for an Outsider Task Force*, Federal News Network (Jan. 20, 2025, 5:11 PM), https://federalnewsnetwork.com/federal-report/2025/01/trump-administration-faces-lawsuits-over-doges-membership/.

[3] For further identifying information, *see,* Exec. Order No. 14158, 90 Fed. Reg. 8441, available at https://www.whitehouse.gov/presidential-actions/2025/01/establishing-and-implementing-the-presidents-department-of-government-efficiency/.

[4] 5 U.S.C. § 552(a)(4)(A)(iii).

[5] *See supra* note 2.

[6] 5 U.S.C. § 552(a)(4)(A)(iii).

release of the information requested is not in American Oversight's commercial interest. American Oversight's mission is to promote transparency in government, to educate the public about government activities, and to ensure the accountability of government officials. American Oversight uses the information gathered, and its analysis of it, to educate the public through reports, press releases, or other media. American Oversight also makes materials it gathers available on its public website and promotes their availability on social media platforms, such as Facebook and X (formerly Twitter).[7]

American Oversight has also demonstrated its commitment to the public disclosure of documents and creation of editorial content through regular substantive analyses posted to its website.[8] Examples reflecting this commitment include the posting of records related to the first Trump Administration's contacts with Ukraine and analyses of those contacts;[9] posting records and editorial content about the federal government's response to the COVID-19 pandemic;[10] posting records received as part of American Oversight's "Audit the Wall" project to gather and analyze information related to the first Trump administration's proposed construction of a barrier along the U.S.-Mexico border, and analyses of what those records reveal;[11] the posting of records related to an ethics waiver received by a senior Department of Justice attorney and an analysis of what those records demonstrated regarding the Department's process for issuing such waivers;[12] and posting records and analysis of federal officials' use of taxpayer dollars to charter private aircraft or use government planes for unofficial business.[13]

---

[7] American Oversight currently has approximately 16,000 followers on Facebook and 95,400 followers on X (formerly Twitter). American Oversight, Facebook, https://www.facebook.com/weareoversight/ (last visited March 6, 2025); American Oversight (@weareoversight), X (formerly Twitter), https://x.com/weareoversight (last visited March 6, 2025).

[8] *See generally News*, American Oversight, https://www.americanoversight.org/blog.

[9] *Trump Administration's Contacts with Ukraine*, American Oversight, https://www.americanoversight.org/investigation/the-trump-administrations-contacts-with-ukraine.

[10] *See generally The Trump Administration's Response to Coronavirus*, American Oversight, https://www.americanoversight.org/investigation/the-trump-administrations-response-to-coronavirus; *see, e.g.*, *CDC Calendars from 2018 and 2019: Pandemic-Related Briefings and Meetings*, American Oversight, https://www.americanoversight.org/cdc-calendars-from-2018-and-2019-pandemic-related-briefings-and-meetings.

[11] *See generally Audit the Wall*, American Oversight, https://www.americanoversight.org/investigation/audit-the-wall; *see, e.g.*, *Border Wall Investigation Report: No Plans, No Funding, No Timeline, No Wall*, American Oversight, https://www.americanoversight.org/border-wall-investigation-report-no-plans-no-funding-no-timeline-no-wall.

[12] *DOJ Records Relating to Solicitor General Noel Francisco's Recusal*, American Oversight, https://www.americanoversight.org/document/doj-civil-division-response-noel-francisco-compliance; *Francisco & the Travel Ban: What We Learned from the DOJ Documents*, American Oversight, https://www.americanoversight.org/francisco-the-travel-ban-what-we-learned-from-the-doj-documents.

[13] *See generally Swamp Airlines: Chartered Jets at Taxpayer Expense*, American Oversight, https://www.americanoversight.org/investigation/swamp-airlines-private-jets-

Accordingly, American Oversight qualifies for a fee waiver.

**Guidance Regarding the Search & Processing of Requested Records**

In connection with its request for records, American Oversight provides the following guidance regarding the scope of the records sought and the search and processing of records:

- Please search all locations and systems likely to have responsive records, regardless of format, medium, or physical characteristics.

- In conducting your search, please understand the terms "record," "document," and "information" in their broadest sense, to include any written, typed, recorded, graphic, printed, or audio material of any kind. We seek records of any kind, including electronic records, audiotapes, videotapes, and photographs, as well as letters, emails, facsimiles, telephone messages, voice mail messages, and transcripts, notes, or minutes of any meetings, telephone conversations, or discussions.

- Our request for records includes any attachments to those records or other materials enclosed with those records when they were previously transmitted. To the extent that an email is responsive to our request, our request includes all prior messages sent or received in that email chain, as well as any attachments to the email.

- Please search all relevant records or systems containing records regarding agency business. Do not exclude records regarding agency business contained in files, email accounts, or devices in the personal custody of your officials, such as personal email accounts or text messages. Records of official business conducted using unofficial systems or stored outside of official files are subject to the Federal Records Act and FOIA.[14] It is not adequate to rely on policies and procedures that require officials to move such information to official systems within a certain period of time; American Oversight has a right to records contained in those files even if material has not yet been moved to official systems or if officials have, by intent or through negligence, failed to meet their obligations.[15]

- Please use all tools available to your agency to conduct a complete and efficient search for potentially responsive records. Agencies are subject to government-

---

taxpayer-expense; *see, e.g., New Information on Pompeo's 2017 Trips to His Home State,* American Oversight, https://www.americanoversight.org/new-information-on-pompeos-2017-trips-to-his-home-state.
[14] *See Competitive Enter. Inst. v. Office of Sci. & Tech. Policy,* 827 F.3d 145, 149–50 (D.C. Cir. 2016); *cf. Judicial Watch, Inc. v. Kerry,* 844 F.3d 952, 955–56 (D.C. Cir. 2016).
[15] *See Competitive Enter. Inst. v. Office of Sci. & Tech. Policy,* No. 14-cv-765, slip op. at 8 (D.D.C. Dec. 12, 2016).

- 4 -

wide requirements to manage agency information electronically,[16] and many agencies have adopted the National Archives and Records Administration (NARA) Capstone program, or similar policies. These systems provide options for searching emails and other electronic records in a manner that is reasonably likely to be more complete than just searching individual custodian files. For example, a custodian may have deleted a responsive email from his or her email program, but your agency's archiving tools may capture that email under Capstone. At the same time, custodian searches are still necessary; agencies may not have direct access to files stored in .PST files, outside of network drives, in paper format, or in personal email accounts.

- In the event some portions of the requested records are properly exempt from disclosure, please disclose any reasonably segregable non-exempt portions of the requested records. If a request is denied in whole, please state specifically why it is not reasonable to segregate portions of the record for release.

- Please take appropriate steps to ensure that records responsive to this request are not deleted by the agency before the completion of processing for this request. If records potentially responsive to this request are likely to be located on systems where they are subject to potential deletion, including on a scheduled basis, please take steps to prevent that deletion, including, as appropriate, by instituting a litigation hold on those records.

**Conclusion**

If you have any questions regarding how to construe this request for records or believe that further discussions regarding search and processing would facilitate a more efficient production of records of interest to American Oversight, please do not hesitate to contact American Oversight. American Oversight welcomes an opportunity to discuss its request with you before you undertake your search or incur search or duplication costs. By working together at the outset, American Oversight and your agency can decrease the likelihood of costly and time-consuming litigation in the future.

Where possible, please provide responsive material in an electronic format by email. Alternatively, please provide responsive material in native format or in PDF format on a USB drive. Please send any responsive material being sent by mail to American Oversight, 1030 15th Street NW, Suite B255, Washington, DC 20005. If it will accelerate release of responsive records to American Oversight, please also provide responsive material on a rolling basis.

---

[16] Presidential Memorandum—Managing Government Records, 76 Fed. Reg. 75,423 (Nov. 28, 2011), https://obamawhitehouse.archives.gov/the-press-office/2011/11/28/presidential-memorandum-managing-government-records; Office of Mgmt. & Budget, Exec. Office of the President, Memorandum for the Heads of Executive Departments & Independent Agencies, "Managing Government Records Directive," M-12-18 (Aug. 24, 2012), https://www.archives.gov/files/records-mgmt/m-12-18.pdf.

We share a common mission to promote transparency in government. American Oversight looks forward to working with your agency on this request. If you do not understand any part of this request, please contact David Kronig at foia@americanoversight.org or (202) 897-3915. Also, if American Oversight's request for a fee waiver is not granted in full, please contact us immediately upon making such a determination.

    Sincerely,

    */s/ David Kronig*
    David Kronig
    on behalf of
    American Oversight