# EXHIBIT E



**U.S. Department
of Transportation**

**Office of the Secretary
of Transportation  (OST)**

1200 New Jersey Ave., S.E.
Washington, DC 20590

OST FOIA Contact Information

FOIA Requester Service Center
202-366-4542; ost.foia@dot.gov

Michael C. Bell, FOIA Officer
202-366-5546; michael.bell1@dot.gov

Fern Kaufman, FOIA Public Liaison
202-366-8067; fern.kaufman@dot.gov

March 12, 2025

Mr. David Kronig
American Oversight
1030 15th Street, NW
Suite B255
Washington, DC  20005
foia@americanoversight.org

**File No.  OST-2025-1192**

Dear Mr. Kronig:

The purpose of this letter is to acknowledge receipt of your recent request for records under the Freedom of Information Act (FOIA), 5 U.S.C. 552.  You requested records sufficient to identify the names and titles of all individuals selected by your agency to serve on your agency's DOGE team from January 20, 2025, through the date the search is conducted.  (See Request)

Please be advised that all FOIA requests will be handled on a first-in/first-out basis.  Your request will be addressed in the order it was received.  We regret any inconvenience caused by the delay.

Processing fees may apply for FOIA requests as set forth in the Department of Transportations' (DOT) FOIA regulation (49 CFR Part 7.41).

If you have questions concerning your request, please email ost.foia@dot.gov.

Sincerely,

**Darlene A. Wallace**
Darlene A. Wallace
OST FOIA Program Assistant
U.S. Department of Transportation
Office of the Secretary (OST)
Freedom of Information Act Office