IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>　　　Defendants. | Case No. 25-cv-2262 (LLA) |

**JOINT STATUS REPORT**

　　　This action concerns FOIA requests made by Plaintiff American Oversight to the U.S. Department of Education (Education), the U.S. Department of Homeland Security (DHS), the Cybersecurity and Infrastructure Security Agency (CISA), the U.S. Citizenship and Immigration Services (USCIS), the U.S. Department of Transportation (DOT), the U.S. General Services Administration (GSA), the Office of Management and Budget (OMB), the Office of Personnel Management (OPM), and the U.S. Securities and Exchange Commission (SEC).

　　　Plaintiff seeks records "sufficient to identify the names and titles of all individuals selected by your agency to serve on your agency's DOGE team" from January 20, 2025, through the date the search for responsive records is conducted. ECF No. 1, ¶¶ 80, 97. Pursuant to the Court's January 12, 2026 Minute Order, the parties submit this joint status report and state as follows:

1. Education and DOT issued final responses and produced substantive records to Plaintiff.

2. GSA, OMB, and OPM concluded their searches for responsive records and have provided responses stating the agencies were unable to locate any records responsive to Plaintiff's FOIA request.

1

3. On December 5, 2025, the SEC provided its final response to Plaintiff. SEC's response provided the names and titles of the three Senior Officers that served on the agency's DOGE team. The SEC asserted FOIA Exemption 6, 5 U.S.C. § 552(b)(6), to withhold the names and titles of two additional staff members, whom the SEC asserts are non-Senior Officers and who served on the SEC's DOGE Team.

4. On December 15, 2025, USCIS stated that it conducted a search for records responsive to Plaintiff's FOIA request and did not locate any responsive records.

5. On January 12, 2026, DHS provided a final response to Plaintiff. DHS asserted FOIA Exemption 6, 5 U.S.C. § 552(b)(6), to withhold the names of individuals who served on the agency's DOGE team.

6. CISA remains on track to providing a final response to Plaintiff by the end of February, subject to any lapse in appropriations to DHS that would impact CISA's ability to work on this matter.

The Parties propose submitting another JSR within 30 days of this filing, on or before March 13, 2026.[1]

Dated: February 11, 2026

Respectfully submitted,

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Kathryn Barragan*
Kathryn Barragan (DC Bar No. 90026294)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.

---

[1] The parties do not currently anticipate the necessity of an *Open America* stay. The parties state that it is premature to decide the necessity of a *Vaughn* index and/or a summary judgment schedule in light of the proposed production schedules.

Washington, D.C. 20005
Tel: (202) 598-7696
Email: Kathryn.e.barragan@usdoj.gov

*Counsel for Defendants*

<u>*/s/ David Kronig*</u>
David Kronig
D.C. Bar No. 1030649
Jessica Jensen
D.C. Bar No. 1048305
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-3915
David.kronig@americanoversight.org

*Counsel for Plaintiff*