**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMERICAN OVERSIGHT,

Plaintiff,

v.

U.S. DEPARTMENT OF EDUCATION, et al.,

Defendants.

Case No. 25-cv-2262 (LLA)

# JOINT STATUS REPORT

This action concerns FOIA requests made by Plaintiff American Oversight to the U.S. Department of Education (Education), the U.S. Department of Homeland Security (DHS), the Cybersecurity and Infrastructure Security Agency (CISA), the U.S. Citizenship and Immigration Services (USCIS), the U.S. Department of Transportation (DOT), the U.S. General Services Administration (GSA), the Office of Management and Budget (OMB), the Office of Personnel Management (OPM), and the U.S. Securities and Exchange Commission (SEC).

Plaintiff seeks records "sufficient to identify the names and titles of all individuals selected by your agency to serve on your agency's DOGE team" from January 20, 2025, through the date the search for responsive records is conducted. ECF No. 1, ¶¶ 78, 96. Pursuant to the Court's August 3, 2026 Minute Order, the parties submit this joint status report and state as follows:

1. All Defendants have served their final responses to Plaintiff's FOIA requests on or before February 24, 2026. Since then, the Parties have engaged in productive discussions and believe that they are close to resolving this matter.

2. The Parties previously represented to the Court that they anticipated a stipulation of dismissal of this case. That remains the case. The Parties are reviewing a draft stipulation of dismissal, and Defendants respectfully request an additional week to review that draft and secure requisite approvals.

3. Therefore, the Parties respectfully request extending the deadline for the next Joint Status Report by one week, to August 21, 2026. The Parties request this brief extension to confirm that a stipulation of dismissal is appropriate and anticipate filing such a dismissal on August 21, 2026.

Dated: August 14, 2026

Respectfully submitted,

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Kathryn Barragan*
Kathryn Barragan (DC Bar No. 90026294)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 598-7696
Email: Kathryn.e.barragan@usdoj.gov

*Counsel for Defendants*

*/s/ Elizabeth Haddix (w/ permission)*
Elizabeth Haddix
D.C. Bar No. 90019750
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(252) 359-7424
elizabeth.haddix@americanoversight.org

*Counsel for Plaintiff*