**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN OVERSIGHT,<br>*Plaintiff,*<br>v.<br>U.S. DEPARTMENT OF EDUCATION, et al.,<br>*Defendants.* | Civil Action No. 25-cv-2262 (LLA) |

**JOINT STIPULATION OF DISMISSAL**

All Defendants have submitted their final responses to Plaintiff's FOIA request. As of this filing, Plaintiff has identified no challenges to the responses of Defendants U.S. Department of Education, the U.S. Department of Transportation, the Department of Homeland Security, and the Cybersecurity and Infrastructure Security Agency, which completed their productions of responsive records without asserting any exemptions and have issued final responses.

Defendants U.S. General Services Agency (GSA), Office of Management and Budget (OMB), and U.S. Office of Personnel Management (OPM) have each provided a declaration regarding their no records responses, and copies of those declarations are attached to this Stipulation as **Exhibits A, B, and C**.

The Parties agree that dismissal of this case is appropriate. Therefore, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff American Oversight and Defendants U.S. Department of Education, U.S. Department of Homeland Security, Cybersecurity and Infrastructure Security Agency, U.S. Citizenship and Immigration Services, U.S. Department of Transportation, U.S. General Services Agency, Office of Management and Budget, U.S. Office of Personnel Management, and the U.S. Securities and Exchange Commission, by their duly-

authorized undersigned counsel, hereby jointly stipulate to the dismissal of this action without prejudice, with each side bearing its own fees and costs.

Dated: August 21, 2026

Respectfully submitted,

*/s/ Elizabeth Haddix*
Elizabeth Haddix
D.C. Bar No. 90019750
Loree Stark
D.C. Bar No. 450171
AMERICAN OVERSIGHT
1030 15th St. NW, B255
Washington, DC 20005
(252) 359-7424
elizabeth.haddix@americanoversight.org

*Counsel for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Kathryn Barragan*
Kathryn Barragan (DC Bar No. 90026294)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov

*Counsel for Defendants*